UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LESLIE S. GURNEA,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Civil No. 07-6166-HA

JUDGMENT

HAGGERTY, Chief Judge:

    Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner must be REVERSED and REMANDED FOR FURTHER PROCEEDINGS.

    IT IS SO ORDERED.

    DATED this  9   day of October, 2008.

                                      /s/ ANCER L. HAGGERTY
                                         ANCER L. HAGGERTY
                                       United States District Judge

1- JUDGMENT