FILED'08 OCT 30 10:04USDC-ORP

Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LESLIE S. GURNEA,**

             Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

             Defendant.

Civil No. 3:07-cv-6166-HA

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Plaintiff is awarded the sum of $6824.34 pursuant to the Equal Access of Justice Act (EAJA), 28 U.S.C. §2412 for full settlement of all claims for fees under EAJA, and $367.82 in costs pursuant to 28 U.S.C. §1920, payable to attorney Drew L. Johnson at 1700 Valley River Drive, Eugene, OR 97401.

IT IS SO ORDERED this day of _Oct 30_, 2008

                                                      U.S. District Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA